UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24314-Civ-COOKE/TORRES

ARMANDO LUIS
JESSURUM MEDRANO,

    Plaintiff,

v.

THE INVESTMENT
EMPORIUM LLC, d/b/a
Jaiba Cabinets, and
ANTONIO PENA

    Defendants.
_____/

## JUDGMENT

    Pursuant to Federal Rules of Civil Procedure 50(a) and 58 and for the reasons stated on the record during the trial of this matter on November 19, 2015, **JUDGMENT** is hereby entered in favor of Defendants The Investment Emporium LLC and Antonio Pena and against Plaintiff Armando Luis Jessurum Medrano on Plaintiff's Complaint.

    The Clerk is directed to **CLOSE** this case. All motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of November 2015.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*